JESSE G. HAWKINS, APPELLANT, V. CITY OF RED CLOUD ET AL., APPELLEES.

FILED JULY 8, 1932. NO. 28205.

*George I. Craven,* for appellant.

*J. S. Gilham* and *Bernard McNeny, contra.*

Heard before GOSS, C. J., DEAN, EBERLY, DAY and PAINE, JJ., and DICKSON and TEWELL, District Judges.

DEAN, J.

This is a suit for an injunction to prevent the city of Red Cloud and its officers from enforcing an ordinance which by its terms would prevent plaintiff from installing and operating an "Automatic Coin-in-the-Slot Gasoline Pump" at a gasoline filling station without any attendant. A demurrer to the petition was sustained and the action dismissed. Plaintiff appealed.

The determining questions presented by the appeal were considered in *Hawkins v. City of Red Cloud, ante,* p. 487, submitted herewith. Following the rulings in that case, the judgment in the case at bar is

AFFIRMED.